AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ROMALIS WILLIAMS | ) | Case No. |
| | ) | 18-87 "MAG" |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 29, 2018__ in the parish of __Orleans__ in the __Eastern__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Convicted felon in possession of a firearm. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Matthew A. Lindberg, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/02/2018

_____
*Judge's signature*

City and state: New Orleans, Louisiana

Honorable Lance M. Africk, U.S. District Judge
*Printed name and title*

UNITED STATES DISTRICT COURT   **SEALED**
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **MAGISTRATE NO.: 18-87** |
| v. | * | |
| **ROMALIS WILLIAMS** | * | |
| | * | |

\* \* \*

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew A. Lindberg, being first duly sworn, hereby depose and state that the following is true and correct to the best of my knowledge:

### INTRODUCTION AND EXPERIENCE

1. I am employed as a Special Agent (SA) with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since May of 2015. I am currently assigned to the New Orleans Field Division, New Orleans Group I. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). I am an ATF Firearms Interstate Nexus Expert, and a graduate of the Federal Law Enforcement Training Center, and the ATF National Academy at Glynco, Georgia. Prior to ATF, I was employed as a police officer with the Metropolitan Police Department in Washington, D.C. for two (2) years.

2. As an ATF Special Agent, my employment and training specializes in federal investigations involving alcohol and tobacco diversion, federal firearms violations, federal explosives violations, federal arson violations, and the distribution of controlled substances. During these investigations, I have participated in physical surveillance operations and have participated in the execution of federal arrest and search warrants. In addition to utilizing the aforementioned investigative techniques, I have been required during these investigations to analyze information resulting from traditional record searches, as well as reviewing previous case files. I make this affidavit in my official capacity as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives.

3. I am personally familiar with the facts and circumstances surrounding this investigation from my own investigative activities and from information obtained from other law enforcement officers with personal knowledge of the facts. The following information was either obtained by me personally or has been provided to me by Special Agents assigned to ATF, and other law enforcement officers.

4. This affidavit is based upon my present knowledge obtained during my investigation, as well as information provided to me by other law enforcement officers. Since this affidavit is submitted only for the limited purpose of securing a criminal complaint for a violation of Title 18, United States Code, Section 922(g)(1), possession of a firearm by a convicted felon, I have not set forth each and every fact known to me concerning this investigation. I have, instead, included what I believe are the facts sufficient to establish probable cause for the complaint and arrest warrant sought.

## PROBABLE CAUSE

5. On June 29, 2018, I was working proactive patrol in New Orleans Police Department's Seventh District. I made myself aware of individuals known to frequent the area, to include ROMALIS **WILLIAMS** (hereinafter referred to as "**WILLIAMS**"). I knew, and confirmed via NCIC, that **WILLIAMS** currently had a warrant for his arrest from Kenner Police Department for narcotics violations.

6. While on proactive patrol, ATF Special Agent Willie Clay and I observed **WILLIAMS** walking west bound in the 8700 block of Morrison Road, New Orleans, Louisiana. Special Agent Clay and I requested Louisiana State Police (LSP) to assist with taking **WILLIAMS** into custody. While turning our vehicle around, we lost sight of **WILLIAMS**. A short time later, Special Agent Clay and I located **WILLIAMS** walking westbound in the 8500 block of Huntington Park Drive. We updated LSP of **WILLIAMS**' location and parked at the northeast corner of Huntington Park Drive and Crowder Blvd waiting for **WILLIAMS** to walk past us.

7. As **WILLIAMS** walked along side of our vehicle, **WILLIAMS** saw the marked LSP vehicle approach the intersection of Crowder Boulevard and Huntington Park Drive. **WILLIAMS** immediately turned around and began running eastbound on Huntington Park Drive. I then chased **WILLIAMS** on foot from the 8300 block of Huntington Park Drive to the 8500 block of Huntington Park Drive where he attempted to run through a small patio area. **WILLIAMS** tripped on a glass table on the patio and fell. **WILLIAMS** was apprehended on the patio. While being handcuffed by a LSP Trooper, **WILLIAMS** stated that he had a gun in his waistband. The LSP Trooper then removed a loaded, Hi-Point, model JCP, .40 S&W caliber semi-automatic pistol, bearing serial number X7149355.

8. On July 24, 2017, **WILLIAMS** pled guilty in Orleans Parish Criminal District Court to a felony, Simple Burglary, in violation of Louisiana Revised Statute 14:62(B), in Case Number 526-678, Section "C." The simple burglary violation carries a sentence of imprisonment in excess of one year.

9. The Hi-Point, model JCP, .40 S&W caliber semi-automatic pistol, bearing serial number X7149355, is manufactured in Mansfield, Ohio, and thus, traveled in interstate commerce prior to being possessed by **WILLIAMS** in the Eastern District of Louisiana. Additionally, the aforementioned weapon is a "firearm" that is designed to expel a projectile by the action of an explosive.

10. Based on the foregoing, your Affiant respectfully submits that there is probable cause to believe that **WILLIAMS** has committed the crime of being a convicted felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

## CONCLUSION

Based on the aforementioned factual information, your Affiant respectfully submits that there is probable cause for the arrest of **ROMALIS WILLIAMS** for a violation of Title 18, United States Code, Section 922(g)(1).

_____
Matthew A. Lindberg, Special Agent
Bureau of Alcohol, Firearms, Tobacco & Explosives

Sworn to and subscribed before me,
this 2nd day of July, 2018.

_____
HONORABLE LANCE M. AFRICK
UNITED STATES DISTRICT COURT JUDGE

5